No. 00–9377. HAMMER v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 00–9381. AIRD, AKA PECHANGA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–9385. SIRMANS v. GEORGIA. Ct. App. Ga. Certiorari denied.

No. 00–9409. HERNANDEZ v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 00–9423. HOWELL v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–9426. JACKSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–9429. WILLIAMS v. BRIGANO, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00–9446. WARREN v. BASKERVILLE, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 00–9448. STANDIFER v. BENOV, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–9452. WOODS v. ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 00–9508. GRIFFIN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–9524. GARCIA-PEREZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–9525. ISRAEL v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–9545. SWOYER v. KERCHER ET AL. C. A. 3d Cir. Certiorari denied.

No. 00–9546. RAMSEY v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 00–9551. SWOYER v. MERCHANTS BANK. Sup. Ct. Pa. Certiorari denied.